USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
YESENIA ALVAREZ BALTAZAR,

                    Plaintiff,                                      20 **CIVIL** 11098 (VSB)(BCM)

          -v-                                                          **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-----------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Stipulation and Order dated August 17, 2021, that the decision of the

Commissioner of Social Security be, and hereby is, reversed and remanded to the Commissioner

of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative

proceedings.

**Dated:**  New York, New York
          August 17, 2021

                                                            **RUBY J. KRAJICK**

                                                            **Clerk of Court**

                              **BY:**

                                                            **Deputy Clerk**