UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YESENIA ALVAREZ BALTAZAR,

        Plaintiff,

  -against-

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

20-CV-11098 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**.

    In light of the lapse of funding to federal agencies and personnel, and to facilitate the management of the Court's docket, this action is hereby STAYED until the business day after the President signs into law a budget appropriation that restores funding to the attorneys representing the Social Security Administration, or until further order of the Court.

    Until such time, all deadlines in this action are hereby (i) tolled for the duration of the government shutdown and (ii) extended thereafter for a period of time equal to the number of calendar days between September 30, 2025, and the date the President signs into law a budget appropriation that restores funding to the attorneys representing the Social Security Administration.

Dated: New York, NY
October 28, 2025

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**