USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/17/26__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YESENIA ALVAREZ BALTAZAR,

        Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

20-CV-11098 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**.

On October 27, 2025, plaintiff moved (Dkt. 29) for attorney's fees pursuant to Social Security Act § 206(b)(1) and 42 U.S.C. § 406(b)(1).

By order dated October 28, 2025 (Dkt. 31), this action was stayed in light of the lapse of funding to the attorneys representing the Social Security Administration. On November 12, 2025, the President signed into law a budget appropriation restoring such funding. Accordingly, the stay of this case is hereby LIFTED.

If the Commissioner wishes to respond to plaintiff's motion for attorney's fees, it must do so no later than **March 3, 2026.**

Dated: New York, NY
February 17, 2026

        **SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**